USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mihaela Lupea
Plaintiff,

-against-

Gymshark USA, Inc.
Defendant.

1:26 cv 05073 ( RA )

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Tyler Swafford, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia; and that his/her contact information is as follows (please print):

Applicant's Name: Tyler Swafford

Firm Name: Linklaters LLP

Address: 601 13th Street, NW, #400

City / State / Zip: Washington, DC 20005

Telephone / Fax: (202) 654-9247 / (202) 654-9210

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Gymshark USA, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 9/15/2026

United States District / Magistrate Judge