GREENBAUM OLBRANTZ LLP

**Carter Greenbaum**
160 Newport Center Drive, Suite 110
Newport Beach, CA 92660
carter@greenbaumolbrantz.com
(212) 732-6837 (Direct)

September 21, 2026 | Via ECF

Honorable Victor Marrero
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, Courtroom 15B
500 Pearl Street
New York, NY 10007

**Re: *Lupea v. Gymshark USA, Inc.*, 1:26-cv-05073-RA (S.D.N.Y)**

Dear Judge Marrero,

I write jointly on behalf of both parties in the above-captioned matter to inform the Court about the procedural posture of this action following its recent reassignment from Judge Abrams, and to seek the Court's guidance, if necessary, concerning certain procedures that were set by Judge Abrams that differ from this Court's individual practices.

Plaintiff filed this action on June 16, 2026 (ECF No. 1), and the case was assigned to Judge Abrams. On August 26, 2026, Judge Abrams scheduled a case management conference for October 9, 2026 at 3:30 p.m, ECF No. 16, which also required the parties to submit a joint letter and proposed case schedule by September 22, 2026 in accordance with Judge Abrams' Individual Practices and templates. On September 10, 2026, Defendant filed a Motion to Dismiss or to Compel Arbitration. ECF Nos. 19-22. In response, Plaintiff intends to file an amended complaint on or before October 1, 2026. On September 14, 2026, this action was reassigned from Judge Abrams to this Court.

The parties assume that the requirement to file a proposed case schedule using Judge Abrams' templates are mooted by the reassignment from this Court, and assume that this Court will schedule an initial case management conference pursuant to Section IV.A of its Individual Practices "within 45 days of the filing of the answer[]." The parties further assume that, should Gymshark renew its motion to dismiss or compel arbitration after Plaintiff files an Amended Complaint, the parties should proceed in accordance with the letter briefing process outlined in Section II of the Court's Individual Practices.

Should the Court wish to proceed with holding an initial case management conference on October 9, 2026, however, the parties remain available, and stand ready to submit a joint letter in accordance with this Court's Individual Practices. The parties thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Carter E. Greenbaum*
Carter E. Greenbaum
*Counsel for Plaintiffs*